**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**RICHARD LAWRENCE, Individually,**
**JOYCE D. STONE, Individually and as**
**Trustee of the STONE FAMILY**
**REVOCABLE TRUST,**

     **Plaintiffs,**                          **Civil Action No.: 2:17-cv-02797**

**v.**

**AAMCO TRANSMISSIONS, INC.,**

     **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13(a), the parties hereby notify the Court that they have reached a settlement.  A notice of dismissal pursuant to Rule 41 will be promptly filed, and a proposed Agreed Order of Dismissal will be submitted to the Court's ECF mailbox.


*/s/ Dennis Baer*

Dennis Baer (#7860)
THE BAER FIRM
200 Jefferson Avenue, Suite 725
Memphis, TN 38103
Tel: (901) 525-7316
Fax: (901) 529-1305
Email: dennisb@baerfirm.com

*Attorney for Plaintiffs*


*/s/ Catherine H. Molloy*

Catherine H. Molloy (#26877)
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Tel: (813) 318-5700
Fax: (813) 318-5900
Email: molloyk@gtlaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Dennis R. Baer
200 Jefferson Ave., Suite 725
Memphis, TN 38103
dennisb@baerfirm.com

             /s/ Catherine H. Molloy
                Attorney