## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD LAWRENCE, Individually, JOYCE D. STONE, Individually and as Trustee of the STONE FAMILY REVOCABLE TRUST, | ) ) ) ) ) | |
| Plaintiffs, | ) | No. 2:17-cv-2797-SHL-cgc |
| v. | ) ) | |
| AAMCO TRANSMISSIONS, INC., | ) ) | |
| Defendant. | ) | |

### JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed November 1, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation for Dismissal With Prejudice (ECF No. 17) filed January 24, 2018, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.


APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 24, 2018
Date